## SE Texas ER and Hospital
## Profit and Loss
January - June, 2020

| | Jan 2020 | Feb 2020 | Mar 2020 | Apr 2020 | May 2020 | Jun 2020 | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | | |
|   Fee for Service Income | | | | | | | 0.00 |
|     Allowance for Doubtful Accounts | (1,342,898.59) | 476,300.31 | (497,180.76) | (359,071.74) | 158,148.65 | (2,882.91) | (1,567,585.04) |
|     Contractual Allowance | | | | | | | 0.00 |
|       Contractual Allowance - Fee Inc | (760,208.83) | (1,400,423.45) | (1,022,297.04) | (1,256,897.43) | (966,852.80) | (788,724.56) | (6,195,404.11) |
|     **Total Contractual Allowance** | **(760,208.83)** | **(1,400,423.45)** | **(1,022,297.04)** | **(1,256,897.43)** | **(966,852.80)** | **(788,724.56)** | **(6,195,404.11)** |
|     Patient Revenue | | | | | | | 0.00 |
|       Inpatient Non-Emergency | 2,804,143.22 | 1,232,164.19 | 2,025,970.40 | 2,154,625.56 | 1,078,272.20 | 1,217,857.65 | 10,513,033.22 |
|     **Total Patient Revenue** | **2,804,143.22** | **1,232,164.19** | **2,025,970.40** | **2,154,625.56** | **1,078,272.20** | **1,217,857.65** | **10,513,033.22** |
|   **Total Fee for Service Income** | **701,035.80** | **308,041.05** | **506,492.60** | **538,656.39** | **269,568.05** | **426,250.18** | **2,750,044.07** |
|   Other Inc - Rebates and Refunds | 47.18 | 40.16 | 1,590.62 | 118.26 | 2.38 | 530.98 | 2,329.58 |
|   Sales | | | 3,911.05 | | | | 3,911.05 |
| **Total Income** | **701,082.98** | **308,081.21** | **511,994.27** | **538,774.65** | **269,570.43** | **426,781.16** | **2,756,284.70** |
| **Gross Profit** | **701,082.98** | **308,081.21** | **511,994.27** | **538,774.65** | **269,570.43** | **426,781.16** | **2,756,284.70** |
| **Expenses** | | | | | | | |
|   Advertising and Promotion | 20,136.44 | 15,096.60 | 9,032.60 | 4,659.90 | 11,518.66 | 8,876.99 | 69,321.19 |
|     Advertising and Promotion - Restoration | 1,193.58 | 742.37 | 831.39 | 233.93 | | | 3,001.27 |
|     Marketing Services | 1,000.00 | 1,000.00 | | | 2,000.00 | 1,000.00 | 5,000.00 |
|   **Total Advertising and Promotion** | **22,330.02** | **16,838.97** | **9,863.99** | **4,893.83** | **13,518.66** | **9,876.99** | **77,322.46** |
|   Bank Service Charges | 773.49 | 731.57 | 827.87 | 1,330.71 | 767.13 | 846.67 | 5,277.44 |
|   Computer and Internet Expenses | | | | | | | 0.00 |
|     Cloud Infrastructure | 50.00 | 50.00 | 50.00 | | | | 150.00 |
|     Computer Services & Supplies | | | | | | 318.97 | 318.97 |
|     IT Software / License / Fees | | | | | | | 0.00 |
|       Annual Exam Volume License | 693.84 | 573.46 | | | | | 1,267.30 |
|       Maintenance/Support for Perpetu | 224.17 | 205.82 | 164.00 | 260.74 | 208.27 | 164.00 | 1,227.00 |
|     **Total IT Software / License / Fees** | **918.01** | **779.28** | **164.00** | **260.74** | **208.27** | **164.00** | **2,494.30** |
|     Monthly Internet Services | 774.33 | 782.29 | 744.74 | 743.87 | 743.87 | 743.87 | 4,532.97 |
|     Monthly IT Support Services | 2,473.07 | 3,794.58 | 8,783.64 | 4,010.43 | 2,577.57 | 8,770.09 | 30,409.38 |
|   **Total Computer and Internet Expenses** | **4,215.41** | **5,406.15** | **9,742.38** | **5,015.04** | **3,529.71** | **9,996.93** | **37,905.62** |
|   Continuing Education | 160.00 | | | | 163.09 | | 323.09 |
|     Continuing Education - Restoration | 86.51 | | | | | | 86.51 |
|   **Total Continuing Education** | **246.51** | **0.00** | **0.00** | **0.00** | **163.09** | **0.00** | **409.60** |
|   Contracted Services | | | | | | | 0.00 |
|     Accounting Services | 5,295.49 | 6,337.32 | 6,536.09 | 5,775.24 | 4,770.95 | 4,000.00 | 32,715.09 |
|     Billing/Coding Fee Expense | 5,582.18 | 8,632.07 | 14,823.47 | 13,997.53 | 10,969.06 | 7,965.65 | 61,969.96 |
|     Bottled Water Service | 191.54 | 203.88 | 49.12 | 20.56 | (11.42) | 56.37 | 510.05 |
|     Cardiac Services | 1,750.00 | 5,850.00 | | 1,800.00 | 4,660.25 | 1,375.00 | 15,435.25 |
|     Contract Svcs - Security (FRY) | | | | 3,730.73 | 13,057.56 | 16,555.25 | 33,343.54 |
|     Contracted Services - Physician | | 20,500.00 | 39,000.00 | | | | 59,500.00 |
|     Credit Card Processing Fees | 65.40 | (199.00) | | | | | (133.60) |
|     Food Service Operations | 1,800.00 | 2,175.00 | | | | | 3,975.00 |
|     Laboratory Fees | 5,797.37 | 4,502.69 | 1,894.56 | 1,299.00 | 1,761.35 | | 15,254.97 |
|     Laundry Expense | 1,946.22 | 1,474.59 | 1,874.67 | 1,520.28 | 1,179.46 | 1,469.21 | 9,464.43 |
|     Lawn Maintenance | | | | 1,250.00 | | 500.00 | 1,750.00 |
|     Monthly Cleaning | 6,684.44 | 6,955.07 | 6,684.44 | 7,225.69 | 1,336.88 | | 28,886.52 |
|     Radiology | 250.00 | | | 41,799.39 | 671.81 | | 42,721.20 |
|     Waste Disposal | 866.30 | 1,508.15 | 1,611.87 | 791.78 | 800.90 | 1,844.32 | 7,423.32 |
|   **Total Contracted Services** | **30,228.94** | **57,939.77** | **72,474.22** | **79,210.20** | **39,196.80** | **33,765.80** | **312,815.73** |
|   Depreciation Expense | | | | | | | 0.00 |
|     Dep/Amort - Leasehold Improve | 1,544.46 | 1,544.46 | 1,544.46 | 1,544.46 | 1,544.46 | 1,544.46 | 9,266.76 |
|     Dep/Amort - Moveable Equip | 3,315.18 | 3,315.18 | 3,315.18 | 3,315.18 | 3,315.18 | 3,315.18 | 19,891.08 |
|     Depr/Amort - Fixed Equip | 223.06 | 223.06 | 223.06 | 223.06 | 223.06 | 223.06 | 1,338.36 |
|     Depr/Amort - Medical Equipment | 633.94 | 633.94 | 633.94 | 633.94 | 633.94 | 633.94 | 3,803.64 |
|     Depr/Amort - Minor Equipment | 249.59 | 249.59 | 249.59 | 249.59 | 249.59 | 249.59 | 1,497.54 |
|   **Total Depreciation Expense** | **5,966.23** | **5,966.23** | **5,966.23** | **5,966.23** | **5,966.23** | **5,966.23** | **35,797.38** |
|   Dues and Subscriptions | | | | | | 625.00 | 625.00 |
|   Equipment Lease | | | | | | | 0.00 |
|     Rental - Equipment | 2,363.08 | 2,680.21 | 4,157.26 | 2,015.93 | 1,343.08 | 1,867.75 | 14,427.31 |
|   **Total Equipment Lease** | **2,363.08** | **2,680.21** | **4,157.26** | **2,015.93** | **1,343.08** | **1,867.75** | **14,427.31** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Insurance Expense** | | | | | | | 0.00 |
|   General/Professional Ins | 16,707.37 | | 48,975.15 | 7,147.23 | | | 72,829.75 |
|   Insurance Other | 13,582.56 | 3,518.95 | 44.85 | 3,825.09 | 1,004.47 | 2,501.02 | 24,476.94 |
| **Total Insurance Expense** | **30,289.93** | **3,518.95** | **49,020.00** | **10,972.32** | **1,004.47** | **2,501.02** | **97,306.69** |
| **Laboratory Fees** | 400.00 | 325.00 | 1,375.00 | 375.00 | | 325.00 | 2,800.00 |
| **Legal & Acc** | 32.00 | | 16.00 | | | 36.00 | 84.00 |
|   Consulting Fees | | | | 6,989.41 | 36,875.55 | 11,210.59 | 55,075.55 |
|   Legal Other | | | | 32.00 | | 36.00 | 68.00 |
| **Total Legal & Acc** | **32.00** | **0.00** | **16.00** | **7,021.41** | **36,875.55** | **11,282.59** | **55,227.55** |
| **License & Fees** | | | | 60.00 | | | 60.00 |
|   Business Licenses and Permits | | 235.00 | | | | 308.10 | 543.10 |
| **Total License & Fees** | **0.00** | **235.00** | **0.00** | **60.00** | **0.00** | **308.10** | **603.10** |
| **Meals and Entertainment** | 410.28 | 425.31 | 696.25 | 1,216.07 | 253.05 | 601.58 | 3,602.54 |
| **Medical Supplies** | 18,631.93 | 13,221.80 | 19,959.20 | 8,223.53 | 22,681.59 | 5,280.11 | 87,998.16 |
|   Medical Supplies - Emergency Rm | | | | 3,788.75 | | | 3,788.75 |
|   Medical Supplies - General | 1,358.21 | 1,630.28 | 3,521.83 | 2,681.97 | 3,172.24 | 6,727.08 | 19,091.61 |
|   Pharmacy Supplies | 3,442.59 | 7,178.48 | 8,531.87 | 768.52 | (763.39) | 3,080.91 | 22,238.98 |
| **Total Medical Supplies** | **23,432.73** | **22,030.56** | **32,012.90** | **15,462.77** | **25,090.44** | **15,088.10** | **133,117.50** |
| **Office Expenses** | 1,446.06 | 2,797.15 | 4,452.89 | 2,119.31 | 2,274.55 | 1,529.75 | 14,619.71 |
| **Office Supplies** | 1,070.16 | 1,175.75 | | 389.52 | 1,329.81 | 284.63 | 4,249.87 |
| **Other Expenses** | | | | | 91.06 | | 91.06 |
|   Bank Service Charges | 104.64 | 226.85 | 97.31 | 511.17 | 196.41 | 268.83 | 1,405.21 |
|   Credentialing | | | | (2,287.00) | | | (2,287.00) |
|   Dietary/Food Supplies-Bev/Food | 360.00 | 673.94 | | | | | 1,033.94 |
|   Dues and Subscriptions | | 1,841.11 | 4,312.08 | | 4,230.89 | | 10,384.08 |
|   Late Fees | | | 206.85 | 41.37 | 41.37 | 41.37 | 330.96 |
|   Patient Transportation | 341.88 | 59.57 | 182.43 | | | | 583.88 |
|   Postage and Delivery | 56.57 | | | 4.10 | | 1,019.45 | 1,080.12 |
|   Reference Materials | | | 15.99 | | | | 15.99 |
|   Staffing Expense | 8,231.00 | 965.25 | 16,238.04 | | 322.50 | 1,093.04 | 26,849.83 |
|   Travel Expense | 1,399.58 | 24.40 | | | | | 1,423.98 |
| **Total Other Expenses** | **10,493.67** | **3,791.12** | **21,052.70** | **556.64** | **2,595.23** | **2,422.69** | **40,912.05** |
| **Payroll Benefits** | | | | | | | 0.00 |
|   Employee Benefit Insurance | | | | | | | 0.00 |
|     AD&D | (265.40) | 269.22 | 93.37 | (121.15) | (133.95) | (112.03) | (269.94) |
|     Dental | 1,696.59 | 586.78 | 816.25 | 586.12 | (523.51) | (1,037.02) | 2,125.21 |
|     Health Insurance | 41,631.46 | 124,112.54 | 61,888.77 | 141,240.00 | 35,344.01 | 32,593.94 | 436,810.72 |
|     Insurance -criticall illness | (289.05) | 116.23 | 140.06 | (88.04) | (12.20) | (93.59) | (226.59) |
|     Life Insurance | (733.54) | 337.80 | 405.07 | (150.70) | 251.04 | (62.51) | 47.16 |
|     LTD | | 1,138.84 | 1,112.47 | 600.39 | 583.64 | 422.12 | 3,857.46 |
|     STD | | 1,281.63 | 1,253.91 | 670.91 | 653.42 | 496.61 | 4,356.48 |
|     Vision Insurance | (72.49) | 265.64 | 283.54 | 102.02 | 132.13 | 67.20 | 778.04 |
|   **Total Employee Benefit Insurance** | **41,967.57** | **128,108.68** | **65,993.44** | **142,839.55** | **36,294.58** | **32,274.72** | **447,478.54** |
| **Total Payroll Benefits** | **41,967.57** | **128,108.68** | **65,993.44** | **142,839.55** | **36,294.58** | **32,274.72** | **447,478.54** |
| **Payroll Expenses** | | | | | | | 0.00 |
|   Reimbursable Expenses | | 1,574.63 | | 298.86 | 326.60 | 24.76 | 2,224.85 |
| **Total Payroll Expenses** | **0.00** | **1,574.63** | **0.00** | **298.86** | **326.60** | **24.76** | **2,224.85** |
| **Payroll Fees** | | | | | | | 0.00 |
|   PEO Payroll Fee | 2,538.72 | 1,003.80 | 1,800.56 | 1,312.38 | 1,095.31 | 955.71 | 8,706.48 |
| **Total Payroll Fees** | **2,538.72** | **1,003.80** | **1,800.56** | **1,312.38** | **1,095.31** | **955.71** | **8,706.48** |
| **Payroll Taxes** | | | | | | | 0.00 |
|   PEO FICA | 20,022.09 | 14,002.23 | 14,532.27 | 14,848.61 | 12,204.89 | 23,884.85 | 99,494.94 |
|   PEO FUTA | 1,314.32 | 354.09 | 290.02 | 261.54 | 114.58 | 159.63 | 2,494.18 |
|   PEO TX SUI | 15,947.91 | 4,604.79 | 3,859.64 | 3,704.34 | 1,914.49 | 2,911.55 | 32,942.72 |
| **Total Payroll Taxes** | **37,284.32** | **18,961.11** | **18,681.93** | **18,814.49** | **14,233.96** | **26,956.03** | **134,931.84** |
| **Professional Fees** | | | | | | | 0.00 |
|   Consulting | 15,000.00 | 15,000.00 | 300.00 | | | 300.00 | 30,600.00 |
|   Legal | 637.21 | | 3.33 | | 5,750.50 | 2,519.50 | 8,910.54 |
|   Recruiting Fees | | | 129.88 | | | | 129.88 |
| **Total Professional Fees** | **15,637.21** | **15,000.00** | **433.21** | **0.00** | **5,750.50** | **2,819.50** | **39,640.42** |
| **Rent Expense** | | | | | | | 0.00 |
|   Monthly Base Rent | 104,115.38 | 104,115.38 | 104,115.38 | (9,339.48) | 208,230.76 | 104,115.38 | 615,352.80 |
|   Storage Fees | 187.14 | 172.00 | 172.00 | 172.00 | | | 703.14 |
| **Total Rent Expense** | **104,302.52** | **104,287.38** | **104,287.38** | **(9,167.48)** | **208,230.76** | **104,115.38** | **616,055.94** |
| **Repairs and Maintenance** | 10,594.20 | 2,353.36 | 8,778.13 | | 1,841.11 | 1,158.40 | 24,725.20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Building Repairs | (958.90) | 1,732.63 | | | 2,660.86 | | 3,434.59 |
| Equipment Lease Maint Contracts | | | | | | | 0.00 |
| Aquilion MS 64 CT Sc SID#261222 | 0.00 | | 16,075.00 | | | | 16,075.00 |
| Total Equipment Lease Maint Contracts | 0.00 | 0.00 | 16,075.00 | 0.00 | 0.00 | 0.00 | 16,075.00 |
| Equipment Repairs | 2,446.64 | 388.66 | 1,223.32 | 1,223.32 | 1,223.32 | 1,223.32 | 7,728.58 |
| Maintenance | 2,591.08 | 763.75 | 1,085.55 | 1,800.00 | 548.58 | 930.00 | 7,718.96 |
| Maintenance - Generator | | | 2,733.00 | | 1,037.99 | | 3,770.99 |
| Maintenance - Pest Control | 235.99 | 235.99 | 235.99 | 235.99 | 235.99 | 235.99 | 1,415.94 |
| Service Agreements | | | 385.00 | | | | 385.00 |
| Cross Medical Instruments, Inc. | 1,948.50 | | 1,948.50 | | | 1,948.50 | 5,845.50 |
| Total Service Agreements | 1,948.50 | 0.00 | 2,333.50 | 0.00 | 0.00 | 1,948.50 | 6,230.50 |
| Total Repairs and Maintenance | 16,857.51 | 5,474.39 | 32,464.49 | 3,259.31 | 7,547.85 | 5,496.21 | 71,099.76 |
| Salaries & Wages | | | | | | | 0.00 |
| PEO Salaries | 300,155.20 | 209,965.22 | 216,622.40 | 220,262.82 | 163,368.35 | 266,864.95 | 1,377,238.94 |
| Total Salaries & Wages | 300,155.20 | 209,965.22 | 216,622.40 | 220,262.82 | 163,368.35 | 266,864.95 | 1,377,238.94 |
| Supplies - Non-Clinical | 1,559.60 | 2,007.83 | 442.59 | | 42.63 | 120.33 | 4,172.98 |
| Office Supplies | 768.28 | 2,868.86 | 914.52 | 918.85 | 198.28 | 756.09 | 6,424.88 |
| Total Supplies - Non-Clinical | 2,327.88 | 4,876.69 | 1,357.11 | 918.85 | 240.91 | 876.42 | 10,597.86 |
| Taxes | | | | | | | 0.00 |
| Taxes - Franchise Taxes | | | 1,183.94 | | | | 1,183.94 |
| Taxes - Property Taxes | 1,562.55 | | | | 1,176.58 | | 2,739.13 |
| Total Taxes | 1,562.55 | 0.00 | 1,183.94 | 0.00 | 1,176.58 | 0.00 | 3,923.07 |
| Travel Expense | | | 1,027.00 | | | | 1,027.00 |
| Utilities | | | | | | | 0.00 |
| Cable | 1,388.64 | 1,388.64 | 1,388.64 | 1,386.72 | 1,311.26 | 1,347.70 | 8,211.60 |
| Electric | 9,476.11 | 9,578.21 | 8,453.11 | 8,190.81 | 8,149.85 | 8,613.03 | 52,461.12 |
| Gas | 55.69 | 54.73 | 62.69 | 63.71 | 65.72 | 59.28 | 361.82 |
| Telephone | (620.00) | | | | | 86.59 | (533.41) |
| Water/Sewer | 1,079.23 | 1,030.54 | 937.63 | 1,050.00 | 1,402.03 | 1,447.41 | 6,946.84 |
| Total Utilities | 11,379.67 | 12,052.12 | 10,842.07 | 10,691.24 | 10,928.86 | 11,554.01 | 67,447.97 |
| Total Expenses | 667,711.66 | 625,165.76 | 666,351.22 | 525,835.00 | 583,102.06 | 549,226.52 | 3,617,392.22 |
| Net Operating Income | 33,371.32 | (317,084.55) | (154,356.95) | 12,939.65 | (313,531.63) | (122,445.36) | (861,107.52) |
| Net Income | 33,371.32 | (317,084.55) | (154,356.95) | 12,939.65 | (313,531.63) | (122,445.36) | (861,107.52) |

Tuesday, Jul 21, 2020 07:57:56 AM GMT-7 - Accrual Basis