**SE Texas ER and Hospital**
**Statement of Cash Flows**
January - June, 2020

| | Jan 2020 | Feb 2020 | Mar 2020 | Apr 2020 | May 2020 | Jun 2020 | Total |
|---|---|---|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | | | | |
| Net Income | 33,371.32 | (317,084.55) | (154,356.95) | 12,939.65 | (313,531.63) | (122,445.36) | (861,107.52) |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | | | | | | | 0.00 |
| Accounts Receivable | | | (3,911.05) | | | | (3,911.05) |
| Patient Account Receivables:Charges:AR - Inpatient | (2,804,143.22) | (1,232,164.19) | (2,025,970.40) | (2,154,625.56) | (1,078,272.20) | (1,217,857.65) | (10,513,033.22) |
| Patient Account Receivables:Contractual Adjustments:IP Contractuals | 760,208.83 | 1,400,423.45 | 1,022,297.04 | 1,256,897.43 | 966,852.80 | 788,724.56 | 6,195,404.11 |
| Patient Account Receivables:Payments:Pmt - Before Acquisition | 2,199.88 | 2,846.50 | 17,354.79 | (22,065.39) | | 40.00 | 375.78 |
| Patient Account Receivables:Payments:Pmt - Cash / Check | 2,627.24 | 58,439.19 | 30,143.92 | 28,605.66 | 24,950.99 | 45.00 | 144,812.00 |
| Patient Account Receivables:Payments:Pmt - Insurance Company | 168,837.65 | 268,752.26 | 263,212.39 | 199,802.84 | 124,380.20 | 326,326.70 | 1,351,312.04 |
| Patient Account Receivables:Payments:Pmt - Patient Credit Card | 5,059.16 | 3,119.06 | 14,981.54 | 6,180.16 | 10,110.65 | 8,706.49 | 48,157.06 |
| Patient Account Receivables:Provision for Doubtful Accounts:AR - Prov for Doubtful Accts | 1,342,898.59 | (476,300.31) | 497,180.76 | 359,071.74 | (158,148.65) | 2,882.91 | 1,567,585.04 |
| Accounts Payable | (16,168.57) | 3,285.84 | 217,033.31 | 103,165.74 | 61,021.18 | (208,149.84) | 160,187.66 |
| IBERIA BANK CC 5563 | 17,774.33 | (10,040.41) | 12,314.28 | (14,397.98) | 181.13 | 5,470.57 | 11,301.92 |
| Accrued Liabilities:P/R - Accrued Payroll | | | | | | 169,067.00 | 169,067.00 |
| AP - EOM Accrual | 130,853.91 | 185,031.95 | 45,303.59 | 179,583.81 | 101,448.65 | 65,586.85 | 707,808.76 |
| AP - Trade Pre-acquisition | (250.00) | | | (435.00) | | | (685.00) |
| I/C Payable:Due To/From Medical Village II | (19,319.87) | | | | | | (19,319.87) |
| Misc Payroll Liabilities:Payroll/Garnishment | | | | | | 821.16 | 821.16 |
| SBA PPP Loan | | | | | 447,000.00 | | 447,000.00 |
| Total Adjustments to reconcile Net Income to Net Cash provided by operations: | (409,422.07) | 203,393.34 | 89,940.17 | (58,216.55) | 499,524.75 | (58,336.25) | 266,883.39 |
| Net cash provided by operating activities | (376,050.75) | (113,691.21) | (64,416.78) | (45,276.90) | 185,993.12 | (180,781.61) | (594,224.13) |
| **INVESTING ACTIVITIES** | | | | | | | |
| Fixed Assets:Accumulated Depreciation:AD - Fixed Equipment | 223.06 | 223.06 | 223.06 | 223.06 | 223.06 | 223.06 | 1,338.36 |
| Fixed Assets:Accumulated Depreciation:AD - Leasehold Improvement | 1,544.46 | 1,544.46 | 1,544.46 | 1,544.46 | 1,544.46 | 1,544.46 | 9,266.76 |
| Fixed Assets:Accumulated Depreciation:AD - Medical Equipment | 633.94 | 633.94 | 633.94 | 633.94 | 633.94 | 633.94 | 3,803.64 |
| Fixed Assets:Accumulated Depreciation:AD - Minor Equip | 249.59 | 249.59 | 249.59 | 249.59 | 249.59 | 249.59 | 1,497.54 |
| Fixed Assets:Accumulated Depreciation:AD - Moveable Equip | 3,315.18 | 3,315.18 | 3,315.18 | 3,315.18 | 3,315.18 | 3,315.18 | 19,891.08 |
| Fixed Assets:Signage | | | 189.44 | | | | 189.44 |
| Net cash provided by investing activities | 5,966.23 | 5,966.23 | 6,155.67 | 5,966.23 | 5,966.23 | 5,966.23 | 35,986.82 |
| **FINANCING ACTIVITIES** | | | | | | | |
| Long-term Debt:NP Leased Equipment | (357.65) | | (2,223.65) | (373.20) | (373.20) | (373.20) | (3,700.90) |
| 2GT, PLLC - Partner's Equity:2GT, PLLC - Partner Contributions | 16,000.00 | | | | | | 16,000.00 |
| Micro Hospital Holding LLC -Partner's Equity:Micro Hospital Holding LLC -Partner Contributions | 100,000.00 | 23,623.36 | 72,000.00 | 129,000.00 | 73,000.00 | | 397,623.36 |
| Net cash provided by financing activities | 115,642.35 | 23,623.36 | 69,776.35 | 128,626.80 | 72,626.80 | (373.20) | 409,922.46 |
| Net cash increase for period | (254,442.17) | (84,101.62) | 11,515.24 | 89,316.13 | 264,586.15 | (175,188.58) | (148,314.85) |

Tuesday, Jul 21, 2020 08:04:19 AM GMT-7