| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name: **Everest Real Estate Investments, LLP** |
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____ |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ A Summary of Assets and Liabilities for Non-Individuals (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/14/2020**          X _____
MM / DD / YYYY                         Signature of individual signing on behalf of debtor

**Thomas Vo, M.D.**
Printed name

**Majority Owner of Managing Partner**
Position or relationship to debtor

Official Form 202     Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name: **Everest Real Estate Investments, LLP**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Accountable Healthcare Staffing, Inc. c/o Jon D. Totz Totz, Ellison & Totz, PC 2211 Norfolk, Ste. 510 Houston, TX 77098 | | Pending lawsuit; debtor not yet named as party | Disputed | | | $33,484.50 |
| AGC Investments, LLC c/o Derek U. Obialo The Law Office of Derek U. Obialo 1415 North Loop West, Ste. 1140 Houston, TX 77008 | | Judgment in lawsuit | Disputed | | | $150,000.00 |
| Agiliti Health, Inc. 6625 W. 78th St., Ste. 300 Minneapolis, MN 55439 | | Vendor | | | | $20,484.66 |
| AIM Staffing Inc. 9900 Westpark Dr. Houston, TX 77063 | | Vendor | | | | $39,836.54 |
| Cardinal Health Medical Products and Services PO Box 730112 Dallas, TX 75373 | | Vendor | | | | $81,048.98 |
| Cigna John P. DiManno, Fraud Sr. Specialist 900 Cottage Grove Rd. Routing W3SIU Bloomfield, CT 06002 | | Claimed reimbursements of overpayments to prior owners | Disputed | | | $502,140.48 |

Debtor  **Everest Real Estate Investments, LLP**
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cypress Creek ER of Harmony, PLLC<br>20320 Northwest Fwy., Ste. 900<br>Jersey Village, TX 77065-5620 | | | | | | $25,315.73 |
| First State Bank<br>4039 IH 10 East<br>Orange, TX 77630 | | PPP loan | Contingent | | | $447,000.00 |
| Harris Health System<br>PO Box 66769<br>Houston, TX 77266-6769 | | Local Provider Participation Fund assessment | | | | $152,723.04 |
| Jili Janitorial Services LLC<br>5648 Pitts Rd.<br>Katy, TX 77493 | | Vendor | | | | $38,939.84 |
| Midtown Investments, LLC d/b/a Custom Medical Solutions<br>c/o Jon Totz; Totz Ellison & Totz, PC<br>2211 Norfolk, Suite 510<br>Houston, TX 77098 | | Pending lawsuit | Disputed | | | $51,922.82 |
| North Houston Renal Consultants, PA<br>19502 McKay Dr., #200<br>Humble, TX 77338 | | Pending lawsuit | Disputed | | | $118,200.00 |
| SBG Ventures LLC<br>8418 Academy St.<br>Houston, TX 77025-2902 | | Vendor | | | | $184,768.07 |
| Texas Emergency Room Services<br>7032 Collection Center Drive<br>Chicago, IL 60693 | | Vendor | | | | $546,675.00 |
| Tyvan LLC<br>6030 S. Rice Blvd., Ste. C<br>Houston, TX 77081 | | Vendor | | | | $173,287.18 |

Debtor  **Everest Real Estate Investments, LLP**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U.S. Bank National Association c/o Jeremy M. Jones Lam, Lyn & Philip, P.C. 6213 Skyline Drive, Suite 2100 Houston, TX 77057 | | Foreign Judgment | Disputed | | | $89,028.16 |
| VeriTrust Corporation PO Box 22737 Houston, TX 77227-2737 | | Vendor | | | | $58,417.84 |
| Wells Fargo Financial Leasing, Inc. c/o Stacie M. Codr Finley Law Firm, PC 699 Walnut St., Suite 1700 Des Moines, IA 50309 | | Foreign judgment | Disputed | | | $281,058.98 |
| Wellsoft Corporation 27 World's Fair Dr. Somerset, NJ 08873-1353 | | Vendor | | | | $58,389.88 |
| Zetta Medical Technologies LLC 1313 Ensell Road Lake Zurich, IL 60047 | | Vendor | | | | $38,225.00 |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy