IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| EVEREST REAL ESTATE | § | CASE NO. 20-34077 |
| INVESTMENTS LLP | § | |
|    DEBTOR IN POSSESSION | § | CHAPTER 11 |

ORDER GRANTING
APPLICATION BY DEBTOR TO EMPLOY MOUERHUSTON PLLC
FOR A SPECIAL PURPOSE PURSUANT TO 11 U.S.C. § 327(e)

IN HOUSTON, TEXAS, came on for consideration the Application ("Application") to Employ MouerHuston PLLC for a Special Purpose Pursuant to 11 U.S.C. § 327(e) filed by Everest Real Estate Investments LLP ("Everest"). The Court is of the opinion that the requested relief is in the best interest of the estate and its creditors, that MouerHuston LLP with Allison Miller-Mouer, as attorney in charge, (the "Law Firm") represents no interest adverse to Everest or the estate on the matters upon which it is to be engaged and that the employment of the Law Firm should be approved. Accordingly, it is

ORDERED that the Application is approved, and Everest is authorized to employ the Law Firm as special counsel for the following Special Purpose:

> As special counsel in the lawsuit styled Cause No. 2019-17007, *Lisa Ayers as Representative of the Estate of Ronald Bruce Long and Victoria Long v. Everest Real Estate Investments, LLP, Everest Real Estate Investments LLP d/b/a ICON Hospital LLP, Icon Hospital LLP and Davita, Inc.* in the 189th Judicial District, Harris County, Texas (the "Lawsuit) to (i) manage and respond to discovery requests, (ii) participate and attend status conferences and hearings, (iii) respond to orders and requests from the Court, and (iv) prepare pleadings and motions, as needed. Engaging in this work is required for the Lawsuit to proceed and to protect the Debtor's interests;

and it is

ORDERED that payment to the Law Firm for service rendered and reimbursement of costs and expenses will be made only after notice and opportunity for hearing on an application for compensation.

DATED: _____, 2021

By:_____
CHRIS LOPEZ
UNITED STATES BANKRUPTCY JUDGE