**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**KEVIN M. EPSTEIN**
**UNITED STATES TRUSTEE**
**ALICIA L. BARCOMB, TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, TX 77002**
**Telephone: (713) 718-4650**
**Fax: (713) 718-4670**
**E-Mail: alicia.barcomb@usdoj.gov**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| **EVEREST REAL ESTATE** | § | **CASE NO. 20-34077** |
| **INVESTMENTS, LLP,** | § | |
| | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | |

### UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS CASE, OR, IN THE ALTERNATIVE, TO SET PLAN DEADLINES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**BLR 9013 NOTICE: THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE:

Kevin M. Epstein, the United States Trustee for Region 7, respectfully moves this Court for entry of an order under 11 U.S.C. § 1112(b) [1] converting this chapter 11 case to chapter 7 or dismissing this chapter 11 case with prejudice to refiling for 180 days, or, in the alternative, to set plan objection and confirmation deadlines pursuant to 11 U.S.C. § 1128(a), (b) and Interim Fed. R. Bankr. P. 3017.2, and respectfully represents as follows:

---

[1] All "§" or "section" references herein are to Tile 11 of the United States Code, unless otherwise stated.

1

## I. Summary of Argument

This subchapter V case has been pending for more than 18 months. During this time, Everest Real Estate Investments, LLP ("Debtor") filed a placeholder plan to meet the 90-day requirement and amended its plan on August 27, 2021, but has not set deadlines or otherwise made progress toward plan confirmation. Also, Debtor failed to timely file operating reports and statements of disbursements for September, October, November, and December 2021 and January 2022. Without this information, the viability of this case cannot be evaluated. These failures amount to "cause" under § 1112(b) and this Court should convert or dismiss this case.[2] Administrative costs in this case continue to accrue without a meaningful end in sight.[3] If the Court does not convert or dismiss this case, then plan confirmation should not be further delayed, and the Court should set all relevant plan deadlines with prejudice to seeking further extension.

## II. Jurisdiction, Venue, & Constitutional Authority to Enter a Final Order

1.      The Court has jurisdiction to consider this matter under 28 U.S.C. § 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper in this district under 28 U.S.C. § 1408.

2.      The Court has constitutional authority to enter a final order in this matter. If it is determined that the bankruptcy judge does not have the constitutional authority to enter a final order or judgment in this matter, the United States Trustee consents to the entry of a final order or judgment by this Court in this matter.

3.      Kevin M. Epstein is the duly appointed United States Trustee for the Southern District of Texas under 28 U.S.C. § 581(a)(7).

4.      Pursuant to § 307, the United States Trustee has standing to raise, appear and be heard on any issue in a case or proceeding under the Bankruptcy Code.

5.      Pursuant to 28 U.S.C. § 586(a)(3), the United States Trustee is statutorily obligated to monitor the administration of cases commenced under the Bankruptcy Code, 11 U.S.C. § 101 *et seq*. Specifically, the United States Trustee is charged with many supervisory responsibilities in reorganization bankruptcy cases under chapter 11 of the Bankruptcy Code, including monitoring the progress of such cases and taking such actions as the United States Trustee deems appropriate to prevent undue delay in such progress. 28 U.S.C. § 586(a)(3)(G).

## III. Factual Background

6.      Debtor filed a voluntary petition for relief under chapter 11, subchapter V on August 14, 2020.[4]

---

[2] Though this case should not remain in chapter 11 under any circumstances, the facts suggest that conversion is preferable to dismissal. Conversion would permit a chapter 7 trustee to make an independent judgment about the viability of continued bankruptcy administration.

[3] Debtor's most recently filed monthly operating report covers August 2021. Parties in interest are not informed of Debtor's current operations to determine if remaining in this bankruptcy is economically feasible.

[4] Doc. No. 1. All "Doc. No." references herein are to bankruptcy case number 20-34077, unless otherwise stated.

7.    On August 18, 2021, as required by § 1183(a), the United States Trustee appointed Allison Byman to serve in this case as Subchapter V Trustee.[5] Ms. Byman resigned on September 21, 2020, and the United States Trustee appointed Chris Quinn to serve in this case as Subchapter V Trustee.[6]

8.    On September 9, 2020, as required by § 333(a)(2)(A), the United States Trustee appointed Thomas Albert Mackey to serve in this case as patient care ombudsman.[7]

9.    Debtor's first meeting of creditors was scheduled for September 22, 2020, and the meeting was continued to October 2, 2020. Debtor's representatives appeared at the continued meeting of creditors and the meeting was concluded.

10.    On November 12, 2020, Debtor filed its Original Plan of Reorganization.[8] On August 27, 2021, Debtor filed Debtor's First Amended Plan of Reorganization ("Amended Plan").[9]

11.    On December 30, 2021, the U.S. Trustee first contacted Debtor's counsel to inquire about plan confirmation and the status of Debtor's delinquent monthly operating reports. Counsel responded that he would confer with Debtor about their schedules for plan confirmation and update his MOR files. Debtor did not request any hearings nor file any of its delinquent reports.

12.    On January 19, 2022, the U.S. Trustee requested an update from Debtor's counsel regarding plan confirmation and the delinquent operating reports. Counsel responded that the Debtor would work on "getting a date in late February." Again, Debtor did not request any hearings nor file any of its delinquent reports.

13.    To date, no deadlines have been set to solicit acceptances or rejections of Debtor's Amended Plan, to object to the plan, or to confirm the plan.

### IV. Cause to Dismiss or Convert to Chapter 7

14.    Section 1112(b)(4) sets forth grounds for dismissal or conversion of a chapter 11 case. It provides, in relevant part, that a chapter 11 case may be dismissed or converted for cause including:

> (F) unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter.

15.    Cause exists either to convert this case to chapter 7 or to dismiss this case under § 1112(b)(4)(F), Fed. R. Bankr. P. 2015(a)(3) and (6), and BLR 2015-3, because Debtor failed to timely file operating reports and statements of disbursements for September, October,

---

[5] Doc. No. 19.
[6] Doc. Nos. 49, 56.
[7] Doc. No. 46.
[8] Doc. No. 93.
[9] Doc. No. 174.

3

November, and December 2021 and January 2022.

16.     Moreover, Debtor failed to cure these delinquencies despite repeated requests leaving the U.S. Trustee no other option but to file this motion.

## V. Alternatively, the Court Should Set All Relevant Plan Deadlines

17.     The Small Business Reorganization Act of 2019 (the "SBRA") created a new subchapter V of chapter 11 of the Bankruptcy Code. 11 U.S.C. §§ 1181–95. "By enacting this law, Congress intended to streamline the reorganization process for small business debtors because small businesses have often struggled to reorganize under chapter 11." *In re Ventura*, 615 B.R. 1, 12 (Bankr. E.D.N.Y. 2020) (citing H.R. REP. No. 116-171, at 1–2 (2019)).

18.     A major policy objective of the SBRA is to provide a fast and affordable alternative for qualifying small businesses to reorganize in chapter 11. *See id.* at 16–17 ("The SBRA merely amends the definition of small business debtor to ensure that certain debtors can avail themselves of a less costly and time-consuming path to reorganization that befits the family-owned businesses and other 'Main Street' businesses that are currently in such dire need of relief."). "The purpose of subchapter V is to reduce the barriers and associated costs that prevent small business debtors from successful reorganization, in part by reducing the length of time those debtors spend in bankruptcy." *In re Baker*, 625 B.R. 27, 37 (Bankr. S.D. Tex. 2020).

19.     Here, Debtor is frustrating the objectives of SBRA. Debtor's original plan was a placeholder—filed simply to satisfy the 90-day deadline. "A placeholder plan is a waste of time and resources for all parties-in-interest and does not represent Congress's intent in enacting the SBRA. Congress enacted the SBRA to 'streamline the bankruptcy process by which small businesses debtors reorganize and rehabilitate their financial affairs.'" *In re Baker*, 625 B.R. at 37 (internal citation omitted). The Amended Plan filed on August 27, 2021, also fails to meet the SBRA objectives as there are no plan deadlines associated with such plan.

20.     Because Debtor is not current on its monthly operating reports, the U.S. Trustee is not able to evaluate the viability of this case or Debtor's Amended Plan. Nonetheless, administrative expenses continue to accrue and plan deadlines should be set as soon as practicable.

21.     The Bankruptcy Code and the Interim Amendments to the Federal Rules of Bankruptcy Procedure provide authority to the Court to set plan deadlines.

22.     Section 1128(a) provides as follows: "After notice, the court shall hold a hearing on confirmation of a plan."

23.     Moreover, the Interim Amendments to the Federal Rules of Bankruptcy Procedure, adopted by the Court through General Order 2020-03, created Interim Fed. Bank. R. P. 3017.2, which provides as follows:

> In a case under subchapter V of chapter 11 in which § 1125 does not apply, the court shall:

    (a) fix a time within which the holders of claims and interests may accept or reject the plan;

    (b) fix a date on which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security in order to be eligible to accept or reject the plan;

    (c) fix a date for the hearing on confirmation; and

    (d) fix a date for transmission of the plan, notice of the time within which the holders of claims and interests may accept or reject the plan, and notice of the date for the hearing on confirmation.

24.     To preserve the possibility of reorganizing for benefit of the estate and creditors, to avoid continued accrual of administrative costs, and to meet SBRA objectives of a streamlined and cost-effective subchapter V case, plan confirmation should not be further delayed. Accordingly, if the Court does not convert or dismiss this case, the Court should set all relevant plan deadlines.

### VI. Relief Requested

25.     Under § 1112(b), the Bankruptcy Court shall convert a case to chapter 7 or dismiss a case, whichever is in the best interests of creditors and the estate, if the movant establishes cause, unless the Court finds that appointment of a chapter 11 trustee or examiner is in the best interests of creditors and the estate or the Court finds and specifically identifies unusual circumstances that establish that conversion or dismissal of the case is not in the best interests of creditors and the estate.

26.     Conversion to chapter 7 is in the best interests of creditors and the estate.  Simply put, the estate and its creditors are best served if a chapter 7 trustee has an opportunity to examine the prospects for a sale of Debtor's assets.  While a trustee may well determine in his or her business judgment that dismissal is appropriate after weighing the costs and benefits of administration, dismissal at this point would preclude anyone from making this assessment.

27.     If the Court finds that conversion to chapter 7 is not in the best interests of creditors and the estate, then the U.S. Trustee, in the alternative, requests dismissal with a bar to refiling for 180 days.

28.     Finally, if the Court determines that this case should remain in chapter 11, subchapter V, then the U.S. Trustee requests that the Court set all relevant plan deadlines with prejudice to seeking any extensions.

     WHEREFORE, the United States Trustee prays that this Court enter an order under § 1112(b) converting this case to chapter 7, or in the alternative, dismissing this case with prejudice to refiling for 180 days, or an order under § 1128(a), (b) and Interim Fed. R. Bankr. P. 3017.2 setting all relevant plan deadlines, and for any and all further relief as is equitable and just.

Dated: March 7, 2022                          Respectfully Submitted,

                                              KEVIN M. EPSTEIN
                                              UNITED STATES TRUSTEE

                                              */s/ Alicia L. Barcomb*
                                              Alicia L. Barcomb
                                              Trial Attorney
                                              TX State Bar No. 24106276
                                              515 Rusk, Suite 3516
                                              Houston, Texas 77002
                                              Telephone: (713) 718-4650
                                              Fax: (713) 718-4670
                                              Alicia.barcomb@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served upon the parties listed below by United States Mail, first class, postage prepaid, by ECF transmission, or BNC noticing on March 7, 2022. BNC will file a certificate of service that includes the names and addresses of those served.

                                              /s/ *Alicia L. Barcomb*
                                              Alicia L. Barcomb
                                              Trial Attorney

6

Label Matrix for local noticing
0541-4
Case 20-34077
Southern District of Texas
Houston
Mon Mar  7 16:30:40 CST 2022

AGC Investments, LLC
The Law Office of Derek U. Obialo
1415 North Loop West
Suite 1140
Houston, TX 77008-1675

Everest Real Estate Investments, LLP
19211 McKay Drive
Humble, TX 77338-5502

FM 1960 Medical Village II, LP
Nathan Sommers Jacobs
2800 Post Oak Blvd.
61st Floor
Houston, TX 77056-6131

Harris County
Linebarger Goggan Blair & Sampson LLP
C/O John P. Dillman
PO Box 3064
Houston, TX 77253-3064

Mobile Renal Care, L.L.C.
19502 MCKAY DR STE 200
Humble, TX 77338-5720

North Houston Consultants, P.A.
19502 McKay Drive
Ste 200
Humble, TX 77338-5720

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

1960 Family Practice, P.A.
5037-B FM 2920
Spring, TX 77388-3114

1960 Family Practice, P.A.
837 Cypress Creek Pkwy, Ste. 105
Houston, TX 77090-3422

1960 Family Practice, P.A.
c/o Eva S. Engelhart, Chapter 7 Trustee
7700 San Felipe, Suite 550
Houston, Texas 77063-1618

1960 Physician Associates
5037-B FM 2920
Spring, TX 77388-3114

1960 Physician Associates
510 W. Tidwell Rd.
Houston, TX 77091-4339

ACTS Access to Crisis Trained Sitters
935 Eldridge Road, Ste. 114
Sugar Land, TX 77478-2809

ADP, LLC
PO Box 842875
Boston, MA 02284-2875

AGC Investments, LLC c/o Derek U. Obialo
The Law Office of Derek U. Obialo
1415 North Loop West, Ste. 1140
Houston, TX 77008-1675

AIM Staffing Inc.
9900 Westpark Dr.
Houston, TX 77063-5277

AIM Staffing, Inc.
9900 Westpark Dr., Ste 132
Houston, TX 77063-5280

AMED Healthcare Inc. dba AMED Community Hosp
8901 EF Lowry, Ste. B
Texas City, TX 77591

Aaron Keys & Associates Inc.
13231 Champion Forest Dr., Ste. 300
Houston, TX 77069-2648

Accountable Healthcare Staffing, Inc.
PO Box 732800
Dallas, TX 75373-2800

Accountable Healthcare Staffing, Inc.
Totz, Ellison & Totz, PC
2211 Norfolk, S
Houston, TX 77098-4096

Advance Health Education Center
8502 Tybor Dr.
Houston, TX 77074-3012

Advanced Filing Concepts
3761 Dunlap St.
North Arden Hills, MN 55112-6934

Advanced Technology Integration
204 S. IH 35, Ste. 105
Georgetown, TX 78628-4125

Agiliti Health, Inc.
6625 W. 78th St., Ste. 300
Minneapolis, MN 55439-2650

Airgas USA LLC Airgas Inc.
PO Box 734671
Dallas, TX 75373-4761

Allergy of Texas, PLLC
5037-B FM 2920
Spring, TX 77388-3114

Allison L. Domowitch
Fleischer, Fleischer & Suglia, P.C.
601 Route 73 North, Suite 305
Marlton, NJ 08053-3475

Alsco, Inc.
1200 Oliver St.
Houston, TX 77007-6003

Amazon Business
Amazon Capital Services
PO Box 035184
Seattle, WA 98124-5184

American Elevator Inspections
PO Box 2709
Baytown, TX 77522-2717

American Master Tech Scientific Inc.
PO Box 2539
Lodi, CA 95241-2539

American Proficiency Institute Dept. 9526
PO Box 30516
Lansing, MI 48909-8016

AmerisourceBergen Drug Corporation
Melissa W. Rand
227 Washington Street
Conshohocken, PA 19428-2086

AmerisourceBergen, Inc. c/o Jon D. Totz
Totz Ellison & Totz, P.C.
2211 Norfolk, Suite #510
Houston, TX 77098-4048

AnerisourceBergen Drug Corporation
Melissa W. Rand
227 Washington Street
Conshohocken, PA 19428-2086

Ann Harris Bennett Tax Assessor-Collector
PO Box 3547
Houston, TX 77253-3547

At-Integration, Inc.
204 S. IH 35, Ste.105
Georgetown, TX 78628-4125

B.R. Lawson & Company
5600 NW Central Dr., Ste. 107
Houston, TX 77092-2034

BH Connections - Houston 6500 Hornwood Drive
Houston, TX 77074-5008

Babatunde Otinwa, M.D.
Providence Physician Associates, PLLC
2719 Hollingsworth Pn Ln.
Katy, TX 77494-3723

Bakers' Signs & Manufacturing Inc.
11201 FM 1485
Conroe, TX 77306-7425

Balch & Bingham LLP
811 Louisiana, Suite 1010
Houston, TX 77002-1412

Barnhill & Associates Counseling Center 1331
Sugar Land, TX 77478

Baxter Healthcare Corp. PO Box 730531
Dallas, TX 75373-0531

Baylor Miraca Genetic Laboratories, LLC 2450
Houston, TX 77021

BeaconMedaes
Dept. 3234 (Lockbox)
PO Box 123234
Dallas, TX 75312-3234

Behavioral Health Connections Inc. 1350 N. B
Dallas, TX 75218

Bracco Diagnostics Inc. PO Box 978952
Dallas, TX 75397-8952

Brown and Joseph PO Box 249
Itasca, IL 60143-0249

Business Wire Inc. Department 34182
P.O. Box 3900
San Francisco, CA 94139-0001

CIHQ
PO Box 3620
McKinney, TX 75070-8200

COLA Resources Inc.
9881 Broken Land Pkwy, Suite 200
Columbia, MD 21046-1195

CPNS Staffing
9314 Summerbell Lane
Houston, TX 77074-1343

Canon
Canon Medical Systems USA, Inc. 2441 Mic
Tustin, CA 92780

Canon Financial Services, Inc. 14904 Collect
Chicago, IL 60693-0149

Cardinal Health
Medical Products and Services PO Box 730
Dallas, TX 75373-0001

Cardinal Health 7000 Cardinal Place
Dublin, OH 43017-1091

CenterPoint Energy PO Box 1700
Houston, TX 77251-1700

Cigna
John P. DiManno, Fraud Sr. Specialist 90
Routing W3SIU Bloomfield, CT 06002

Cintas Corporation PO Box 650838
Dallas, TX 75265-0838

City of Humble 000 114 W. Higgins
Humble, TX 77338-4305

City of Humble 001 114 W. Higgins
Humble, TX 77338-4305

Clear Lake Insititute for Rehabilitation d/b
Humble, TX 77338

Clifford Power Systems, Inc. Dept. 1754
Tulsa, OK 74182-0001

Comcast (Master Account) PO Box 660618
Dallas, TX 75266-0618

Comcast Business PO Box 37601
Philadelphia, PA 19101-0601

Community ER, LLC 5037-B FM 2920
Spring, TX 77388-3114

Community ER, PLLC
5037-B FM 2920
Spring, TX 77388-3114

Connecticut General Life Insurance Company
Marylou Rice, Legal Compliance Lead Anal
900 Cottage Grove Road
BBLPA
Hartford, CT 06152-0001

Cross Medical Instruments, Inc. 1525 Lakevil
Humble, TX 77339-2067

Cruz Air & Electric & C.G.C. Generators 2005
Humble, TX 77338

Culligan
3201 Premier Dr., Ste. 300
Irving, TX 75063-6075

Curaspan Health Group, Inc. PO Box 744204
Atlanta, GA 30374-4204

Custom Interventional Pain Management 12001
San Antonio, TX 78249

Cypress Creek ER of Harmony, PLLC 5037-B FM
Spring, TX 77388

Daniel Kim, M.D. 8418 Moritz Ct.
Houston, TX 77055-3273

Dawson Company PO Box 21053
Houston, TX 77226-1053

Deductible Recovery Group PO Box 962
Coraopolis, PA 15108-0962

Dempsey Electric (RDDCO, LLC) 13417 Ralph Cu
Houston, TX 77086-2215

Dynamic Infusion Therapy
5156 Village Creek Dr., Ste. 102
Plano, TX 75093-4463

Dynamic Infusion Therapy, Inc. 5156 Village
Plano, TX 75093

ENGIE Resources/ENGIE North America 1990 Pos
Houston, TX 77056-3838

ESI Triage Research Team, LLC 52 Yorkshire D
Hilton Head Island, SC 29928-3368

ETS Environmental Testing Services Inc. 1090
Houston, TX 77043

Eastex Environmental Laboratry, Inc. 35 East
Coldspring, TX 77331-8055

Ecolab
PO Box 70343
Chicago, IL 60673-0343

Ehrlich
c/o Rentokil North America
1125 Berkshire Blvd., 150
Reading, PA 19610-1218

Entrust Hospice
3033 Chimney Rock Rd., Ste. 111
Houston, TX 77056-6200

Essam A. Sheia 2903 Barton Court
Pearland, TX 77584-7171

FM 1960 Medical Village II LP 20320 Northwes
Houston, TX 77065

FM 1960 Medical Village II LP 5037-B FM 2920
Spring, TX 77388

Filter Technology Company Inc. 9018-B Scrant
Houston, TX 77075-1121

Firetrol Protection Services, Inc. 400 Garde
Houston, TX 77018

First State Bank 4039 IH 10 East
Orange, TX 77630-8123

Grainger
Dept. 886535853
PO Box 419267
Kansas City, MO 64141-6267

GreatAmerica Financial Services Corp.
P.O. Box 660831 Dallas, TX 75266-0831

Gregory Medical Service 14631 Briton Cove Dr
Houston, TX 77084-1536

HHSC - Complex Litigation
701 West 51st Street, MC W252
Austin, TX 78751-2312

HUMBLE INDEPENDENT SCHOOL DISTRICT
c/o Melissa E. Valdez
Perdue, Brandon, Fielder, Collins & Mott
1235 North Loop West
Suite 600
Houston, TX 77008-1772

Halevi Food System 22015 Castlewind Circle
Katy, TX 77450-8639

Hanley Center Foundation, Inc. 700 S. Dixie
West Palm Beach, FL 33401-5854

Harris County Forensic Nurse Examiners d/b/a
Houston, TX 77098

Harris County Hospital Dist. LPPF Attn: Juli
PO Box 66769
Houston, TX 77266-6769

Harris County et al.
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

Harris Health System PO Box 66769
Houston, TX 77266-6769

Health Care Logistics PO Box 400
Circleville, OH 43113-0400

Henry Schein, Inc. Dept. CH 10241
Palatine, IL 60055-0241

Hill-Rom Company Inc. PO Box 643592
Pittsburgh, PA 15264-3592

Houston Chronicle
P.O. Box 4260
Houston, TX 77210-4260

Houston Mobile Assessment Team 6500 Hornwood
Houston, TX 77074-5008

Humble ISD
Janice P. Himplele PO Box 4020
Houston, TX 77210-4020

Infection Prevention & Mgmt Assoc., Inc. 577
Houston, TX 77057

Innovative Office Machine Repair 17422 Edenw
Spring, TX 77379

Jili Janitorial Services LLC 5648 Pitts Rd.
Katy, TX 77493-7826

Jill Janitorial Services 5648 Pitts Road
Katy, TX 77493-7826

Johnson Controls District #430
8323 N. Eldridge Pkwy. Houston, TX 77041

Jose Campos
3913 Mossy Oaks Rd. E Spring, TX 77389

KCI USA
PO Box 301557
Dallas, TX 75303-1557

KMS Credentialing Resources Inc. PO Box 570
Tomball, TX 77377-0570

Kiron Medical, PLLC Sun Nguyen, M.D.
PO Box 2333
Bellaire, TX 77402-2333

Laboratory Corporation of America 7777 Fores
Dallas, TX 75230-2571

Laboratory Corporation of America PO Box 121
Burlington, NC 27216-0121

Law Office of Scott L. Long, P.C. 541 31st S
Des Moines, IA 50312-4043

Lisa Ayers, Rep. of Long Estate c/o Mark O.
The Midani Law Firm 1616 Voss, Suite 450
Houston, TX 77057-2637

MGES, INC.
8725 Knight Rd.
Houston, TX 77054-4405

Malibu Films
23805 Stuart Ranch Rd., Ste. 155
Malibu, CA 90265-4856

Manjeshwar Prabihu, M.D.
1147 Brittmore, #4
Houston, TX 77043-5039

Matthew's Hope Foundation
1900 North Loop West St. 400
Houston, TX 77018-8119

Maverick Lewis
As Rep. of Dorothy Lewis Estate c/o Curt
325 N. St. Paul, 29th Floor
Harris, TX 75201-3801

McKesson Medical Surgical
PO Box 660266
Dallas, TX 75266-0266

Medi-Dose, Inc.
Customer # 11
Lockbox 238
Jamison, PA 18929-0238

Medistar SETX Micro-Hospital, LLC
7670 Woodway Dr., #160
Houston, TX 77063-1593

Medline Industries, Inc.
c/o Michael S. Baim
The CKB Firm
30 N. LaSalle St., Ste. 1520
Chicago, IL 60602-3387

Medline Industries, Inc. Dept. 1080
PO Box 121080
Dallas, TX 75312-1080

Medsphere Systems Corporation
1220 E. 7800 S. FL 3
Sandy, UT 84094-7283

Medtronic Mobil Supply & Services
19302 Linden Meadow Lane
Richmond, TX 77407-3802

Medtronic Mobile Supply & Services
19302 Linden Meadow Ln
Richmond, TX 77407-3802

Mejia Landscaping
203 Little Summer Dr.
Rosenberg, TX 77469-4658

Melissa Anne Layno Santillan, M.D
6722 Abilene Dr.
Katy, TX 77493-3000

Midtown Investments, LLC d/b/a Custom Medica
c/o Jon Totz; Totz Ellison & Totz, PC
2211 Norfolk, Suite 510
Houston, TX 77098-4048

Mindray DS USA, Inc.
24312 Network Pl.
Chicago, IL 60673-1234

Mirion Technologies (GDS) Inc.
PO Box 101301
Pasadena, CA 91189-0005

Mobile Renal Care, L.L.C.
19502 McKay Dr. Suite 200
Humble, Texas 77338-5720

Mobile Supply & Services (MMSS)
19302 Linden Meadow Lane
Richmond, TX 77407-3802

MouerHuston PC
349 Heights Blvd.
Houston, TX 77007-2517

New Horizon Communications
PO Box 981073
Boston, MA 02298-1073

Nhue Ho MD, PLLC
4741 FM 1488, Ste. 132
Conroe, TX 77384

North Houston Renal Consultants c/o Jason M.
Clark Hill Strasburger 909 Fannin, Suite
Humble, TX 77338

North Houston Renal Consultants, PA
19502 McKay Dr., #200
Humble, TX 77338-5720

Nutex Health, LLC
6030 S. Rice Blvd., Ste C
Houston, TX 77081-2944

Office of the Secretary of State Reports Uni
PO Box 12028
Austin, TX 78711-2028

One Stop Print Shop
3033 Cypress Creek Pkwy
Houston, TX 77068-3101

Patrick Guillermo, M.D.
2012 Sunset Springs Dr.
Pearland, TX 77584-6814

Performance Controls Group, LLC
24044 Cinco Village Center Blvd. Suite 1
Katy, TX 77494-8432

Physicians Alliance of Red Oak, LP
5037-B FM 2920
Spring, TX 77388-3114

Podium Corporation, Inc.
1650 W. Digital Drive
Lehi, UT 84043-6749

PostalAnnex #11011
2261 Northpark Dr.
Kingwood, TX 77339-1744

Precision Dynamics
PO Box 71549
Chicago, IL 60694-1995

Premier Hospice and Palliative Care, LLC
2011 Tucumcari Drive
Houston, TX 77090-2051

Prince Food Systems, Inc.
1101 S. Wilcrest Dr., Ste. 200
Houston, TX 77099

Professional Imaging, LLC
1717 Rotary Drive.
Humble, TX 77338-5235

Providence ER of Northwest, PLLC
5037B FM 2920 Rd.
Spring, TX 77388-3114

Providence Hospital of North Houston LLC
c/o Allision D. Byman, Chapter 7 Trustee
7924 Broadway, Suite 104
Pearland, TX 77581-7933

Providence Hospital of North Houston Provide
5037 B FM 2920
Spring, TX 77388-3114

Purchase Power
Postage for Pitney
PO Box 371874
Pittsburgh, PA 15250-7874

QIAGEN Inc.
PO Box 5132
Carol Stream, IL 60197-5132

RTC Business Solutions
4151 Southwest Fwy, Ste. 200
Houston, TX 77027-7320

Raven Mechanical, LP 1618 Buschong
Houston, TX 77039-1207

Real Radiology
17310 Wright St., Ste. 103
Omaha, NE 68130-2405

Rentokil / PrestoX
Rentokil North America, Inc. PO Box 1384
Reading, PA 19612

Risheng Xu, M.D. 19111 Littonwood Ct.
Houston, TX 77094-1151

Rodom Medical Consulting, PA 1708 Elem St.
Houston, TX 77019

Ronak Patel, M.D. (RHP M.D., PLLC)
23 Vesuvius Ln. Missouri City, TX 77459

SBG Ventures LLC 8418 Academy St.
Houston, TX 77025-2902

SETRAC, Southeast Texas Regional Advisory Co
Houston, TX 77008

SHC Services Inc. PO Box 677896
Dallas, TX 75267-7896

Sage Therapeutics, Inc. 215 First Street
Cambridge, MA 02142-1213

Sanjac Security Inc.
302 North Houston Ave., Ste. 101
Humble, TX 77338-4775

Schindler Elevator Corp PO Box 93050
Chicago, IL 60673-3050

Shred-It USA, LLC 28883 Network Place
Chicago, IL 60673-1288

Siemens Medical Solutions USA, Inc. PO Box 1
Dept. 0733
Dallas, TX 75312-0733

Stanley Access Tech LLC PO Box 0371595
Pittsburgh, PA 15251-7595

Staples
PO Box 660409
Dallas, TX 75266-0409

Staples - PHNH Account PO Box 660409
Dallas, TX 75266-0409

(p)STAPLES BUSINESS ADVANTAGE THOMAS RIGGLEMA
7 TECHNOLOGY CIRCLE
COLUMBIA SC 29203-9591

Staples Business Advantage Dept. DAL
PO Box 83689
Chicago, IL 60696-3689

Stericycle Inc.
PO Box 6675
Carol Stream, IL 60197-6675

Steven Lisser, M.D. 408 Thornton Rd.
Houston, TX 77018-3319

Structure Telekom PO Box 953
Lake Charles, LA 70602-0953

Sun Nguyen M.D.
P.O. Box 2333 Bellaire, TX 77401

TMMS Staffing, LLC 5037B FM 2920
Spring, TX 77388-3114

Texas Elite Hospice 23010
Gabriel, Ste. 208 New Caney, TX 77357

Texas Forensic Nurse Examiners 2990 Richmond
Houston, TX 77098-3104

Texas Radiology Associates Attn: Minh Nguyen
20320 Northwest Freeway, Ste. 900
Houston, TX 77065-5620

Texas Radiology Associates, PA
5037-B FM 2920 Rd
Spring, TX 77388-3114

Texas Select Staffing
935 West Ralph Hall Parkway, Ste 103 Roc

Texas Systems Group (TXSG) 2204 Forbes Dr.,
Austin, TX 78754-5157

Texas Textile Services Dept. 894
PO Box 4346
Houston, TX 77210-4346

Thanh Chi Cheng, M.D., PLLC Thanh Chi Cheng,
140 Hwy. 6, Ste. 254
Houston, TX 77079

The Comflow Company, LLC
6411 Lawford Ln
Houston, TX 77040-5018

Traditions Hospice of Conroe, LLC PO Box 998
College Station, TX 77841-0998

Trinity Physics Consulting, LLC PO Box 67067
Dallas, TX 75267-0675

U.S. Bank National Association c/o Jeremy M.
Lam, Lyn & Philip, P.C.
6213 Skyline Drive, Suite 2100
Houston, TX 77057-7027

US Dept of Health and Human Services (DHHS)
Centers for Medicare & Medicaid Services
ATTN:  Danny Coviello
801 Market Street, Suite 9400
Philadelphia, PA 19107-3126

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

VIP Global Transporation LLC 10161 Harwin Dr
Houston, TX 77036-1685

Vasco Cheuk, M.D. 4436 Mildred St.
Bellaire, TX 77401-5208

VeraCare Hospice of North Houston, LLC 25211
The Woodlands, TX 77380

VeriTrust Corporation PO Box 22737
Houston, TX 77227-2737

Viventi Med, LLC 5037-B FM 2920
Spring, TX 77388-3114

Waste Management Houston Metro
PO Box 660345
Dallas, TX 75266-0345

Wells Fargo Financial Leasing, Inc.
800 Walnut St.
MAC F0005-055
Des Moines, IA 50309-3605

Wells Fargo Financial Leasing, Inc. c/o Andr
Fishman Jackson Ronquillo, PLLC 13155 No
Dallas, TX 75240

Wellsoft Corporation 27 World's Fair Dr
Somerset, NJ 08873-1353

Worth Hydrochem of Houston 6718 Bourgeois R.
PO Box 40116
Houston, TX 77240-0116

Zetta Medical Technologies LLC 1313 Ensell R
Lake Zurich, IL 60047-1535

Zetta Medical Technologies, LLC 1313 Ensell
Lake Zurich, IL 60047-1535

Zoll Medical Corporation PO Box 27038
New York, NY 10087-7028

Zoro Tools, Inc. PO Box 5233
Janesville, WI 53547-5233

Zurich North America 8734 Paysphere Circle
Chicago, IL 60674-0001

Alan Sanford Gerger
The Gerger Law Firm PLLC
1770 St. James Place
Suite 105
Houston, TX 77056-3441

Chris Quinn
Subchapter V Trustee
26414 Cottage Cypress Lane
Cypress, TX 77433-1596

James Scott Douglass
1811 Bering Dr., Suite 420
Houston, TX 77057-3186

Thomas Albert Mackey
2883 Palomino Springs
Bandera, TX 78003-3591

alan gerger
The Gerger Law Firm PLLC
1770 Saint James Pl Ste 105
Houston, TX 77056-3441

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Staples Business Advantage
Staples/Tom Riggleman
7 Technology Cir
Columbia, SC  29203

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Humble ISD

(u)Cardinal Health LLC (Pharmacy) c/o Bank of

(u)City Ambulance Service 7007 Wimbledon Esta