# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
|     EVEREST REAL ESTATE | § | CASE NO. 20-34077 |
|     INVESTMENTS, LLC | § | |
| | § | |
|     Debtor | § | |

---

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Chris Quinn*, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $ 0.00. A plan was confirmed on 5/20/2022. No plan payments were made to the trustee. The Court deemed the plan substantially consummated, and pursuant to 11 U.S.C. § 330(a), on 07/12/2022, the Court ordered compensation of $26,000.00 be awarded to the trustee. These funds were paid by the debtor to the trustee on 08/30/2022. I hereby certify that my administration of the estate of the above-named debtor(s) has been completed. I request that I be discharged from any further duties as trustee.

Date: 09/19/2022           By: _____
                                               Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR D**